AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

| UNITED STATES OF AMERICA<br>V.<br><br>EVANS STROMAN | COMMITMENT TO ANOTHER<br>DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | MJ05-M-225 JLA | 04-M-66-C |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   X Complaint   Other (specify)   Motion to Revoke Bail

charging a violation of       18       U.S.C. §   922(g)(1) and 924(a)(2)

**DISTRICT OF OFFENSE**
MAINE

**DESCRIPTION OF CHARGES:**

POSSESSION OF A FIREARM BY A CONVICTED FELON

**CURRENT BOND STATUS:**

☐ Bail fixed at                    and conditions were not met
    Government moved for detention and defendant detained after hearing in District of Arrest
  X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| **Representation:** | ☐ Retained Own Counsel | ☐ Federal Defender Organization | X CJA Attorney | None |
|---|---|---|---|---|

**Interpreter Required?**   ☐ No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| April 19, 2005 | /S/ Joyce London Alexander |
|---|---|
| Date | Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |