UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>EVANS ETRONS STROMAN )<br>) | Crim. No. 05-MJ-00225-JLA |

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby notices his appearance in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
ALOKE S. CHAKRAVARTY
Assistant U.S. Attorney
617-748-3658

DATED: April 19, 2005