UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 05-MJ-00225-JLA |
| ) | |
| EVANS ETRONS STROMAN ) | |

### ORDER OF REMOVAL

The above-named defendant was arrested in the District of Massachusetts on April 14, 2005 in Boston, Massachusetts by the United States Marshals Service on an arrest warrant issued on June 10, 2004 by the United States District Court for the District of Maine.

At an initial appearance held before me on April 14, 2005, the defendant was detained pending the Preliminary Examination and Removal hearing. On April 19, 2005, the defendant appeared before me and agreed that he is the person named in the complaint and waived his right to an identity and removal hearing and a preliminary examination, and consented to an order removing him to the District of Maine.

**IT IS THEREFORE ORDERED** the defendant be, and hereby is, REMOVED to the District of Maine and, further, that the defendant appear before the United States District Court of the District of Maine at Portland, Maine, when ordered to do so by that Court.

The Clerk is directed to send the original papers in this matter to the Clerk, United States District Court, District of Maine.

/S/ Joyce London Alexander
_____
Joyce London Alexander
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

Dated: April 19, 2005

1